# EXHIBIT 3

IN THE CIRCUIT COURT FOR THE 18TH JUDICIAL CIRCUIT
DUPAGE COUNTY - WHEATON, ILLINOIS

CitiMortgage, Inc.

                           PLAINTIFF

                      Vs.

James Alexander Saadi; Astor Place Townhome Association;
Unknown Owners and Nonrecord Claimants
                    DEFENDANTS

No. 2011 CH 001006
RESIDENTIAL

## ORDER CONFIRMING SALE (ORDER APPROVING) AND ORDER OF POSSESSION

**NOW COMES** CitiMortgage, Inc. by and through its attorneys, Codilis & Associates, P.C., and the Sheriff of DuPage County or Sale Officer, and files herein his report of sale and distribution of the proceeds of sale of the premises involved herein;

**THE COURT FINDS** that:

    1. The Sheriff or Sale Officer has proceeded in accordance with all the terms of the Judgment heretofore entered and applicable law in conducting the sale of the premises involved herein and in distributing the proceeds derived from said sale;

    2. The Notice of the Sale, as required pursuant to 735 ILCS 5/15-1507(c) has been properly given.

    3. The terms of the sale were fair and conscionable and the sale was conducted fairly without fraud.

    4. CitiMortgage, Inc. including its insurers, investors, and agents, or its assigns, is entitled to possession of the subject property as of the date thirty (30) days after the entry of this order and that CitiMortgage, Inc. including its insurers, investors, and agents, or its assigns, is entitled to a Deed to the subject property to be issued after entry of this order.

    5. There remains due and unpaid to the Plaintiff the sum of $298,298.11 together with interest thereon at the statutory rate of nine percent% from the date of sale.

**IT IS HEREBY ORDERED** that:

    1. The sale of the premises involved herein on 1/26/16 conducted by said Sheriff or Selling Officer and the distribution by him of the proceeds of sale and his report of sale and distribution be, and are hereby in all respects, approved, ratified and confirmed;

    2. The Sheriff or Sale Officer issue a deed be to CitiMortgage, Inc. including its insurers, investors, and agents, or its assigns, pursuant to the findings of this Court as set forth above;

    3. The Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local.

4. CitiMortgage, Inc. including its insurers, investors, and agents, or its assigns, be granted an order of possession of the subject property effective thirty (30) days after the entry of this order. Said order is enforceable against all party defendants named herein including:

James Alexander Saadi

at the subject property commonly known as:

2037 Alta Vista Court
Naperville, IL 60563.

If said occupants fail to surrender possession of the subject property within thirty (30) days after the entry of this order, then after thirty (30) days from entry of this order, the Sheriff for DuPage County is directed to eject and remove said occupants from the subject property and to put CitiMortgage, Inc. including its insures, investors, and agents, or its assigns, in full and complete possession of the property set forth above;

5. There be an IN REM deficiency judgment against the property in the sum of $298,298.11 with statutory interest thereon.

6. That any special right to redeem, if applicable, pursuant to 735 ILCS 5/15-1604, shall expire 30 days after entry of this order;

7. The Sheriff or Selling Officer is directed to issue Duplicate Original Certificates of Sale in recordable form which Certificate(s) shall be freely assignable;

8. The Municipality or County may contact the party below with concerns about the real property:
Name: Julie Kohn, agent of Citimortgage, Inc.
Address: 1000 Technology Drive
Mail Station 314
O'Fallon, MO 63368-2240
Phone: 877-245-2514 opt. 3

9. 735 ILCS 5/9-117 is not applicable to this order. This is a final and appealable order with no just cause for further delay.

ENTER: _____
Judge

DATED: ___6-30-16___

Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100

Burr Ridge, IL 60527
(630) 794-5300
pleadings@il.cslegal.com
DuPage #15170
14-14-12795
**NOTE: This law firm is a debt collector.**